IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

OBAMA FOR AMERICA;
DEMOCRATIC NATIONAL
COMMITTEE; and
OHIO DEMOCRATIC PARTY

      Plaintiffs,

v.

JON HUSTED, in his official capacity
as Ohio Secretary of State and
MIKE DEWINE, in his official capacity
as Ohio Attorney General

      Defendants.

---

Case No. 2:12-CV-00636

Judge Peter C. Economus

Magistrate Judge King

**MEMORANDUM IN SUPPORT OF MILITARY GROUPS' MOTION TO INTERVENE**

Plaintiffs Obama for America, the Democratic National Committee, and the Ohio Democratic Party ("Plaintiffs") support the intervention of the 15 military service organizations.

As set forth in their Complaint and Memorandum of Law in Support of the Motion for a Preliminary Injunction, Plaintiffs seek to restore for all voters access to early voting through the Monday before Election Day. Neither the substance of its Equal Protection claim, nor the relief requested, challenges the legislature's authority to make appropriate accommodation, including early voting during the period in question, for military voters, their spouses or dependents. The question before the Court is whether, in the circumstances of this case, the State of Ohio may arbitrarily and without justification withdraw from all other Ohio eligible voters the same right they previously had to vote the weekend and Monday before Election Day.

Plaintiffs have separately notified counsel to the prospective Intervenors of their support for the pending motion.

Respectfully submitted,

/s/ DONALD J. McTIGUE

_____
Donald J. McTigue (0022849)
Trial Counsel
Mark A. McGinnis (0076275)
J. Corey Colombo (0072398)
McTigue & McGinnis LLC
545 East Town Street
Columbus, Ohio 43215
Tel: (614) 263-7000
Fax: (614) 263-7078
dmctigue@electionlawgroup.com
mmcginnis@electionlawgroup.com
ccolombo@electionlawgroup.com

*Attorneys for Plaintiffs*

Robert F. Bauer*
Perkins Coie
700 Thirteenth Street, Suite 600
Washington DC 20005
Tele: 202-434-1602
Fax: 202-654-9104
RBauer@perkinscoie.com

*General Counsel for Plaintiffs Obama for America and the Democratic National Committee*

Jennifer Katzman*
Obama for America
130 East Randolph
Chicago, IL 60601
Tele: 312-985-1645
jkatzman@barackobama.com

*National Voter Protection Counsel
for Plaintiff Obama for America*

\* Motions for Admission *Pro Hac Vice*
forthcoming

## Certificate of Service

I hereby certify that the foregoing was electronically filed with the U.S. District Court, Southern District of Ohio, on August 3, 2012 and served upon all parties of record via the court's electronic filing system.

/s/ Mark A. McGinnis_____
Mark A. McGinnis (0076275)