**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **OBAMA FOR AMERICA, et al.,**<br><br>  **Plaintiffs,**<br><br>  **v.**<br><br>**JON HUSTED, et al.,**<br><br>  **Defendants.** | **Case No. 2:12-CV-0636**<br><br>**JUDGE PETER C. ECONOMUS**<br><br>**NOTICE OF HEARING** |

This matter is before the Court upon Plaintiffs' Motion to Enforce the Court's Order. (Doc. # 50.)  The subject of the motion is a directive issued by Defendant Secretary of State Jon Husted, "Directive 2012-40."  (Doc. # 50-1.)

Defendants are permitted until Friday, September 7, 2012 to file a response. No further filings will be permitted or considered on this matter.

A hearing on Plaintiffs' motion shall take place on **Thursday, September 13, 2012, at 10:00 a.m.** at the **Joseph P. Kinneary Courthouse, 85 Marconi Blvd., Columbus, Ohio (courtroom to be determined.)**  This Court hereby **ORDERS** that Defendant Secretary of State Jon Husted personally attend the hearing.

                                               **/s/ Peter C. Economus**
                                               **PETER C. ECONOMUS**
                                               **UNITED STATES DISTRICT JUDGE**