**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **OBAMA FOR AMERICA, et al.,**<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**JON HUSTED, et al.,**<br><br>　　　　Defendants. | **Case No. 2:12-cv-636**<br>**Judge Peter C. Economus**<br>**Magistrate Judge Norah McCann King**<br>**JUDGMENT AND PERMANENT INJUNCTION** |

　　　　By Memorandum Opinion and Order dated June 11, 2014 (Doc. 89), the Court awarded summary judgment in favor of the Plaintiffs. For the reasons specified in that Memorandum Opinion and Order, it is hereby:

　　　　**DECLARED** that Ohio Revised Code § 3509.03 is unconstitutional to the extent it changes the deadline for in-person early voting from the close of business on the day before election day to 6 p.m. on the Friday before election day;

　　　　**DECLARED** that Substitute Senate Bill 295's enactment of Ohio Revised Code § 3509.03 with the Amended Substitute House Bill 224 amendments and the Substitute Senate Bill 205 re-enactment of Ohio Revised Code § 3509.03 with the Friday before election day close of in-person early voting violates the Equal Protection Clause of the Fourteenth Amendment of the Constitution of the United States; and

　　　　**ORDERED** that permanent injunctive relief is **GRANTED** to the Plaintiffs as follows:

　　　　1.　　The State of Ohio through Defendant Secretary of State Jon Husted is enjoined from implementing and enforcing the Friday before election day close of in-person early voting in Ohio Revised Code § 3509.03 in Amended Substitute House Bill 224 and/or the Substitute Senate Bill 295 enactment of Ohio Revised Code § 3509.03 with the Amended

2

Substitute House Bill 224 amendments and/or the Substitute Senate Bill 205 re-enactment of Ohio Revised Code § 3509.03; and

2. In-person early voting is restored on the three days immediately preceding all future election days for all eligible voters. Defendant Secretary of State Husted shall be responsible for setting business hours for such voting to preserve the right of all Ohio voters to cast his or her vote with said hours to be uniform throughout the State and suitable to the needs of the particular election in question.

**IT IS SO ORDERED.**

        **/s/ Peter C. Economus**
        **UNITED STATES DISTRICT JUDGE**